# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | Case No. 2:21-mj-00111-JHR |
| ) | |
| **ANDREW HAZELTON** ) | |
| ) | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case</u>.  This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_  Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    \_x\_  Crime of violence (18 U.S.C. § 3156)

    \_\_\_\_  Maximum sentence life imprisonment or death

    \_\_\_\_  10+ year drug offense

    \_\_\_\_  Felony, with two prior convictions in above categories

    \_\_\_\_  Felony that involves a minor victim or possession/use of firearm, destructive device or other dangerous weapon

    \_\_\_\_  Felony that involves a failure to register under 18 U.S.C. § 2250

    \_\_\_\_  Serious risk defendant will flee

    \_\_\_\_  Serious risk of obstruction of justice

2. <u>Reasons for Detention</u>.

    (i)   <u>Temporary Detention</u>.   _____

      (ii)    <u>Other Than Temporary Detention</u>.   The Court should detain the defendant because no conditions of release will reasonably assure (check one or both):

    <u> x </u>   Defendant's appearance as required

    <u> x </u>   Safety of any other person and the community

3.    <u>Rebuttable Presumption</u>.   The rebuttable presumption under 18 U.S.C. § 3142(e)(3)(E) does not apply in this case.

4.    <u>Date of Detention Hearing</u>.   The United States requests the Court to conduct the detention hearing:

    <u>    </u>   At first appearance

    <u> x </u>   After continuance of 3 days (not more than 3).

5.    <u>Length of Detention Hearing</u>.   The United States estimates that it will require 1 hour to present its case for detention.

6.    <u>Other Matters</u>.  <u>                                                             </u>

Dated in Portland, Maine this 30th day of April, 2021.

                                                      <u> /s/ Craig M. Wolff              </u>
                                                      Craig M. Wolff
                                                      Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2021, I electronically filed this Motion for Detention with the Clerk of Court using the CM/ECF system.

DONALD E. CLARK
ACTING UNITED STATES ATTORNEY

/s/ Craig M. Wolff
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
6th Floor, East Tower
Portland, Maine 04101
(207) 780-3257
craig.wolff@usdoj.gov