UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  USA v. Andrew Hazelton

DOCKET NO:  2:21-mj-111-JHR

PROCEEDING TYPE: Detention Hearing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | FBI Report dated 4/26/21 | 5/5/21 | 5/5/21 | | 5/5/21 |
| 2 | | | Photograph of flyer | 5/5/21 | 5/5/21 | | 5/5/21 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |