UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2021 MAY 19 P 1: 34

DEPUTY CLERK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. |
| | ) | 2:21-cr-00067-JAW |
| ANDREW HAZELTON | ) | |
| | ) | |

## INDICTMENT

The grand jury charges that:

### COUNT ONE
(Possession of Child Pornography)

On about April 29, 2021, in the District of Maine, the defendant,

**ANDREW HAZELTON,**

knowingly possessed a Samsung Galaxy S21 mobile telephone that contained images of child pornography. Specifically, the telephone contained digital video files that depicted sexually explicit conduct and were produced using minors engaging in sexually explicit conduct. Some of the images involved in the offense involved prepubescent minors and minors who had not attained 12 years of age. The videos had been shipped and transported in and affecting interstate and foreign commerce, and had been shipped and transported using the internet, a means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2) and 2256(8)(A).

## FORFEITURE ALLEGATION

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense set forth in Count One of this Indictment, in violation of Title 18, United States Code, Section 2252A(a)(5)(B), the defendant,

**ANDREW HAZELTON,**

shall forfeit to the United States of America:

    a.    Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

    c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense, including, but not limited to, one Samsung Galaxy S21 mobile telephone, bearing serial number R5CR11QV8GD.

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

FOREPERSON

Assistant U.S. Attorney

Date: MAY 19, 2021

2