UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

## AUGUST, 2021 CRIMINAL TRIAL LIST FOR PORTLAND

This list contains criminal cases that will be scheduled for trial in Portland during the month of August, 2021.

### Jury Selection is scheduled for August 2nd and 3rd at 9:00 a.m.: [1]

Prior to jury selection, Counsel should be prepared to submit to the Court, orally or *in camera*, a list of witnesses who may be called to testify at trial, so that the Court may inquire of the potential jury members whether they are acquainted with any of the witnesses.

### Filings:

Any requested voir dire interrogatories; requested jury instructions, the need for which can reasonably be anticipated at that time; and trial briefs, not to exceed twenty (20) pages, shall be filed by July 26, 2021.

### Juror Questionnaires:

Jurors summoned for selection are required to complete a questionnaire containing questions that will not be asked during jury impanelment. These questionnaires will be available in CM/ECF seven (7) days prior to selection and counsel are to review those questionnaires prior to selection. Only those questionnaires that are not available in CM/ECF will be available for review on the day of jury selection. Counsel of record will be provided access to these documents through the date of jury selection, after which the questionnaires will not be available for review.

### Notifying the Court:

Counsel shall advise the Clerk not later than July 12, 2021 whether their case is firm for trial or is to be otherwise resolved. Any change of plea will be taken prior to jury selection.

Federal Rule of Criminal Procedure 50 requires that scheduling preference must be given to criminal proceedings as far as practicable. The District of Maine Speedy Trial Plan requires that the trial of those defendants in custody solely because they are awaiting trial or those defendants designated as high risk shall be given preference over other criminal cases. 18 U.S.C. § 3164(a).

### Pattern Criminal Jury Instructions:

The Pattern Criminal Jury Instructions for the District Courts of the First Circuit are available for inspection in the Clerk's Office and can also be found on the District Court's Internet Home Page at www.med.uscourts.gov.

Counsel are specifically directed to Local Rule 157.4 and should consult with the Court if there is any doubt regarding the application of this rule.

---

[1] The Court will ordinarily plan to select 3 juries per day, with the second day held in reserve. Counsel should be prepared to select a jury on the first day, regardless of position on the trial list. The Court will notify counsel as soon as practicable if the second day is not needed.

Trials to Commence in August, 2021

| | | | |
|---|---|---|---|
| 1) | USA<br>Criminal No. 2:18-cr-00178-DBH<br><br>Darcie N. McElwee, AUSA<br><br><br>*Defendant is in federal custody | v. | SHOU CHAO LI*<br>DERONG MIAO*<br><br>John P. Simpson, Esq.<br>Mingli Chen, Esq.<br>Jeffrey W. Langholtz, Esq. |
| 2) | USA<br>Criminal No. 2:19-cr-00037-JAW<br><br>Johnathan Nathans, AUSA | v. | STEVENSON ARIEL ALMONTE FELIZ<br><br>Valerie Adams, Esq. |
| 3) | USA<br>Criminal No. 2:19-cr-00063-LEW<br><br>David B. Joyce, AUSA | v. | KEVIN LEROY BARNER<br><br><br>Sarah E. Branch, Esq. |
| 4) | USA<br>Criminal No. 2:19-cr-00077-JAW<br><br>Craig M. Wolff, AUSA<br><br><br>*Defendant is in federal custody | v. | CHRISTOPHER OCHOA*<br>ARTHUR MERSON<br><br>Robert C. Andrews, Esq.<br>Amber L. Tucker, Esq. |
| 5) | USA<br>Criminal No. 2:19-cr-00122-DBH<br><br>Sheila W. Sawyer, AUSA | v. | BERNARD GADSON<br><br><br>Luke Rioux, Esq. |
| 6) | USA<br>Criminal No. 2:19-cr-00126-JDL<br><br>Nicholas M. Scott, AUSA | v. | MICHAEL CURTIS PEAVY-WRIGHT<br><br>James M. Mason, Esq |
| 7) | USA<br>Criminal No. 2:19-cr-00131-NT<br><br>Craig M. Wolff, AUSA | v. | JOHN J. CAVANAUGH, JR.<br><br><br>Michael Whipple, Esq.<br>Jordan T. Ramharter, Esq. |

| | | | |
|---|---|---|---|
| 8) | USA<br>Criminal No. 2:19-cr-00141-JAW<br><br>Nicholas M. Scott, AUSA | v. | NATASHA CRUZ-DELORBE<br><br>Luke Rioux, Esq. |
| 9) | USA<br>Criminal No. 2:19-cr-00164-NT<br><br>Craig M. Wolff, AUSA | v. | RODNEY CROWLEY<br><br>Amy L. Fairfield, Esq. |
| 10) | USA<br>Criminal No. 2:19-cr-00172-GZS<br><br>Nicholas M. Scott, AUSA | v. | YOLANDA HOWARD<br><br>Robert C. Andrews, Esq. |
| 11) | USA<br>Criminal No. 2:19-cr-00173-DBH<br><br>Meghan E. Connolly, AUSA | v. | ABDULKADIR ALI<br><br>Edward S. MacColl, Esq. |
| 12) | USA<br>Criminal no. 2:19-cr-00194-DBH<br><br>Darcie N. McElwee, AUSA | v. | VALERIE MUGARUKA<br><br>Gail M. Latouf, Esq. |
| 13) | USA<br>Criminal No. 2:19-cr-00200-GZS<br><br>Meghan E. Connelly, AUSA<br><br>*Defendant is in federal custody | v. | DONNA PAGNANI*<br><br>Neale A. Duffett, Esq. |
| 14) | USA<br>Criminal No. 2:19-cr-00211-GZS<br><br>Craig M. Wolff, Esq. | v. | AARON CASSIDY<br><br>Timothy Zerillo, Esq. |

| 15) | USA<br>Criminal No. 2:20-cr-00027-GZS | v. | ERIC LESTER FARNHAM<br>HAILEY BOUCHARD<br>DWAYNE WILLIS |
|---|---|---|---|
| | Johnathan Nathans, AUSA | | Heather L. Gonzales, AFD<br>Joseph Stanley Mekonis, Esq.<br>Amber L. Tucker, Esq. |
| 16) | USA<br>Criminal No. 2:20-cr-00039-DBH | v. | CHEZNEY AUBERT |
| | Nicholas M. Scott, AUSA | | Michael Whipple, Esq. |
| 17) | USA<br>Criminal No. 2:20-cr-00040-NT | v. | ALEXANDER GORMATOV |
| | Darcie N. McElwee, AUSA | | Peter J. Cyr, Esq. |
| 18) | USA<br>Criminal No. 2:20-cr-00041-JDL | v. | ANTRON OWENS |
| | Meghan E. Connelly, AUSA | | Heather L. Gonzales, AFD |
| 19) | USA<br>Criminal No. 2:20-cr-00055-GZS | v. | CORYDON MILLS* |
| | David B. Joyce, AUSA<br><br>*Defendant is in federal custody | | Stacey D. Neumann, Esq. |
| 20) | USA<br>Criminal No. 2:20-cr-00058-NT | v. | JASON PROULX* |
| | Craig M. Wolff, AUSA<br><br>*Defendant is in federal custody | | Daphne Hallett Donahue, AFD |
| 21) | USA<br>Criminal No. 2:20-cr-00060-GZS | v. | CLIFTON GIVEN |
| | F. Todd Lowell, AUSA<br>Craig M. Wolff, AUSA<br>Donald E. Clark, AUSA | | Daphne Hallett Donahue, AFD |

Case 2:21-cr-00067-JAW   Document 28   Filed 06/25/21   Page 4 of 8   PageID #: 86

| | | | |
|---|---|---|---|
| 22) | USA<br>Criminal No. 2:20-cr-00062-NT<br><br>Donald E. Clark, AUSA | v. | JOSHUA CORY FRANCES<br><br>Walter F. McKee, Esq. |
| 23) | USA<br>Criminal No. 2:20-cr-00072-DBH<br><br>Nicholas M. Scott, AUSA | v. | MARCUS MELLO<br><br>Daphne Hallett Donahue, AFD |
| 24) | USA<br>Criminal No. 2:20-cr-00080-JDL<br><br>Darcie N. McElwee, AUSA | v. | KEITH MITCHELL<br><br>Mark J. Peltier, Esq. |
| 25) | USA<br>Criminal No. 2:20-cr-00081-JDL<br><br>Jonathan Nathans, Esq. | v. | HEATHER MULLEN<br><br>Amy L. Fairfield, Esq. |
| 26) | USA<br>Criminal No. 2:20-cr-00082-JDL<br><br>Darcie N. McElwee, AUSA<br>Noah Falk, AUSA<br><br>*Defendant is in federal custody | v. | STEPHEN PILSON*<br><br>Michael Whipple, Esq. |
| 27) | USA<br>Criminal No. 2:20-cr-00083-DBH<br><br>Nicholas M. Scott, AUSA | v. | AMANDA PAXSON<br><br>Robert A. Levine, Esq. |
| 28) | USA<br>Criminal No. 2:21-cr-00015-JDL<br><br>Daniel J. Perry, AUSA<br><br>*Defendant is in federal custody | v. | JASON CANDELARIO*<br>LUIS CARPIO*<br>ANDREW SOBOLESKI<br><br>Edward S. MacColl, Esq.<br>James A. Clifford, Esq.<br>Jeffrey W. Langholtz, Esq. |

| | | | |
|---|---|---|---|
| 29) | USA <br> Criminal No. 2:21-cr-00016-DBH <br><br> David B. Joyce, AUSA <br><br> *Defendant is in federal custody | v. | RICHARD MARTIN* <br><br> Sarah E. Branch, Esq. |
| 30) | USA <br> Criminal No. 2:21-cr-00017-JAW <br><br> Meghan E. Connelly, AUSA | v. | DENNIS AUSTIN <br><br> Daphne Hallett Donahue, AFD |
| 31) | USA <br> Criminal No. 2:21-cr-00019-NT <br><br> Meghan E. Connelly, AUSA <br> Donald E. Clark, AUSA | v. | DALE HUNNEWELL <br><br> Luke Rioux, Esq. |
| 32) | USA <br> Criminal No. 2:21-cr-00022-JDL <br><br> Noah Falk, AUSA | v. | RAYMOND TAVERAS VASQUEZ <br><br> Joseph Stanley Mekonis, Esq. |
| 33) | USA <br> Criminal No. 2:21-cr-00023-DBH <br><br> David B. Joyce, AUSA <br><br> *Defendant is in federal custody | v. | APRIL COLLINS* <br><br> Robert C. Andrews, Esq. |
| 34) | USA <br> Criminal No. 2:21-cr-00035-JAW <br><br> Jonathan Nathans, AUSA <br><br> *Defendant is in federal custody | v. | JUSTIN JACOBS* <br><br> Joseph Stanley Mekonis, Esq. |
| 35) | USA <br> Criminal No. 2:21-cr-00036-JDL <br><br> David B. Joyce, AUSA <br> Donald E. Clark, AUSA <br> Lindsay Feinberg, AUSA | v. | ABDIKAREEM HASSAN <br><br> Robert A. Levine, Esq. |

| | | | |
|---|---|---|---|
| 36) | USA<br>Criminal No. 2:21-cr-00045-JDL<br><br>Lindsay Feinberg, AUSA<br><br>*Defendant is in federal custody | v. | JASON MORRILL*<br><br>David R. Beneman, FD |
| 37) | USA<br>Criminal No. 2:21-cr-00046-GZS<br><br>Meghan E. Connelly, AUSA<br>Donald E. Clark, AUSA<br><br>*Defendant is in federal custody | v. | GUYRLENDER DELUCIEN*<br>OKENY PAELI<br>MICHAEL OKOT<br>ANTHONY KEITH<br><br>James M. Mason, Esq.<br>Joseph Stanley Mekonis, Esq.<br>William Maselli, Esq.<br>Peter J. Cyr, Esq. |
| 38) | USA<br>Criminal No. 2:21-cr-00047-GZS<br><br>David B. Joyce, AUSA<br>Donald E. Clark, AUSA<br><br>*Defendant is in federal custody | v. | EMMANUEL DIAZ*<br><br>Grainne Dunne, AFD |
| 39) | USA<br>Criminal No. 2:21-cr-00054-GZS<br><br>Michael Conley, AUSA<br><br>*Defendant is in federal custody | v. | SAUMA BRATA DEB*<br><br>Joel Vincent, Esq. |
| 40) | USA<br>Criminal No. 2:21-cr-00057-NT<br><br>Michael Conley, AUSA | v. | SCOTT IRISH<br><br>David R. Beneman, FD |
| 41) | USA<br>Criminal No. 2:21-cr-00067-JAW<br><br>Craig M. Wolff, AUSA<br>Donald E. Clark, AUSA | v. | ANDREW HAZELTON<br><br>David R. Beneman, FD |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

**ELECTRONIC EVIDENCE PRESENTER**

The U.S. District Court for the District of Maine offers various audio/visual equipment for members of the bar to use during hearings or trials. While each courtroom accommodates a different configuration of audio/visual equipment, they each accommodate the use of the Electronic Evidence Presenter (EEP).

The EEP consists of a digital document camera, a video cassette or digital video disk (DVD) player, and a projector. Images of exhibits (documents, photographs, negatives, objects, x-rays, transparencies, etc.) are displayed using the digital document camera permitting the judge, attorneys, witnesses and jury to view the images simultaneously. Using this equipment, the operator can zoom in on the most critical area of the exhibit in detail.

The EEP also allows attorneys to connect a laptop for presentation of evidence using PowerPoint or other presentation software. Attorneys MUST provide their own technical assistance in preparing the laptop evidence presentation. The court will not troubleshoot compatibility problems for attorneys using the EEP.

**Important:**

**Attorneys who wish to use courtroom audio or visual equipment at a trial or hearing are required to understand and be prepared to operate that equipment. Attorneys who plan to use their own electronic equipment (such as laptops) at hearing or trial must schedule time well in advance to practice and to test their equipment's compatibility with that courtroom's system.** Practice time should be scheduled with the Information Technology (IT) staff listed below for a date not less than two weeks prior to the hearing or trial.

The Court may deny the use of audio/visual equipment during a hearing or trial to attorneys who have failed to attend a practice session to confirm their equipment's compatibility with the court's system.

<u>RESERVING THE ELECTRONIC EVIDENCE PRESENTER AND SCHEDULING A PRACTICE SESSION</u>

Reservations for the EEP should be made two weeks in advance of the date of the proceeding. To reserve the equipment and/or to schedule a practice session, please contact:

I.T. Department for the U.S. District Court

207-274-5117

http://www.med.uscourts.gov/nodeblock/courtroom-practices