## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No. 2:21-cr-00067-JAW** |
| | **)** | |
| **ANDREW HAZELTON** | **)** | |
| | **)** | |

### <u>PROSECUTION VERSION</u>

If this case were to proceed to trial, the government would prove that on about April 29, 2021, in the District of Maine, the Defendant, Andrew Hazelton, knowingly possessed a Samsung cellular telephone that contained images of child pornography involving prepubescent minors. The government would prove the following facts through witness testimony, physical evidence, electronic evidence, and documentary evidence.

On April 29, 2021, investigators with the FBI executed search warrants for Hazelton's residence in Portland and for his person. Investigators encountered Hazelton just outside the residence and informed him of the warrants. He had a Samsung Galaxy S21 5G smartphone in his pants pocket that he provided to investigators. He later placed one of his thumbs on the phone and unlocked it.

An analysis of the phone revealed a folder named "1488" in the Gallery application of the phone. The 1488 folder contained many video files. Among the files were dozens that depicted minors, some of them prepubescent, engaging in sexually explicit conduct. One such video had the file name 2020-08-05 20.36.19.mp4. The video, which was 14 seconds long, depicted a young girl, approximately six or seven years old, holding an adult male penis in her right hand.

The girl then performed oral sex on the male while the male patted her head. The same girl was depicted in at least two other videos that were in the same folder. Other videos depicted minor females performing oral sex, masturbating or lasciviously displaying their genitals.

The file path for the video described above, as revealed by looking at the "Details" entry for the file, was /internal storage/MEGA/MEGA Downloads/1488. Mega is a cloud storage and file-hosting service offered by Mega Limited, a company based in New Zealand. Users can access the service both from their computers and their mobile devices. Hazelton's phone contained the MEGA mobile application, but it was password-protected.

The video files Hazelton possessed on his Samsung smartphone had been transported using the internet prior to him possessing them in Maine.

Respectfully submitted,


 /s/ Craig M. Wolff
Craig M. Wolff
Assistant United States Attorney

Dated: July 20, 2021

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 20, 2021, I electronically filed this **Prosecution**

**Version** with the Clerk of Court using the CM/ECF system, which will send

notification of such filing to the following:

**David Beneman**
**Federal Defender**
**david_beneman@fd.org**

DONALD E. CLARK
ACTING UNITED STATES ATTORNEY


  /s/ Craig M. Wolff
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street Plaza, East
Tower
Portland, ME  04101
(207) 780-3257
craig.wolff@usdoj.gov

3