UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  USA v. Andrew Hazelton

DOCKET NO:  2:21-cr-00067-JAW-01

PROCEEDING TYPE: Sentencing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Instagram Chat with Minor | 1/28/2022 | 1/28/2022 | | 1/28/2022 |
| 2 | | | Search Warrant Affidavit of Jonathan A. Duquette | 1/28/2022 | 1/28/2022 | | 1/28/2022 |
| 3 | | | Victim Impact Statement of At_ School | 1/28/2022 | 1/28/2022 | | 1/28/2022 |
| 4 | | | Victim Impact Statement of Mother Full | 1/28/2022 | 1/28/2022 | | 1/28/2022 |
| | 1 | | Letters of Support | 1/28/2022 | 1/28/2022 | | 1/28/2022 |